UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nimkoff Rosenfeld & Schechter, LLP<br>**Plaintiff**<br><br>-v-<br><br>RKO Properties, Ltd. And<br>Fidelity Investments<br>**Defendant** | Case No. 07 CIV 7983<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Nimkoff Rosenfeld & Schechter, LLP (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: September 7, 2007

Nimkoff Rosenfeld & Schechter, LLP

*[signature]*
**Signature of Attorney**
Ronald A. Nimkoff
**Attorney Bar Code:** RN 4598

Form Rule7_1.pdf