# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07CIV7983                                                                                             Purchased/Filed: September 15, 2007

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                                    SOUTHERN DISTRICT

---

Nimkoff Rosenfeld & Schechter, LLP                                                              Plaintiff

against

RKO Properties, Ltd., et ano                                                                         Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY         SS.:

   Jessica Miller   , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on   September 18, 2007  , at   2:00 pm  , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint
on
   RKO Properties, Ltd.   , the

Defendant in this action, by delivering to and leaving with   Carol Vogt  , AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York,   2   true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of   40   dollars; That said service was made pursuant to Section   306 Business Corporation Law  .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age:   43       Approx. Wt:   118       Approx. Ht:   5'
Color of skin:   White       Hair color:   Brown       Sex:   F       Other: _____

Sworn to before me on this

19th  day of           September, 2007

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice·Work Order # SP0707776

```
            State of New York - Department of State
                        Receipt for Service

Receipt #:  200709180258                Cash #: 200709180248
Date of Service: 09/18/2007          Fee Paid: $40 - DRAWDOWN
Service Company: 35 SERVICO - 35

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS
                                             CORPORATION LAW

Party Served: RKO PROPERTIES, LTD

Plaintiff/Petitioner:
       NIMKOFF ROSENFELD & SCHECHTER, LLP

Service of Process Address:
RKO PROPERTIES, LTD
C/O ROBERT HERSKOWITZ
490 WEST END AVE
NEW YORK, NY 10024

                                    Secretary of State
                                    By CAROL VOGT
```