## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV7983

STATE OF NEW YORK    UNITED STATES DISTRICT COURT

Purchased/Filed: September 15, 2007

SOUTHERN DISTRICT

---

Nimkoff Rosenfeld & Schechter, LLP         Plaintiff

against

RKO Properties, Ltd., et ano         Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

__Jessica Miller__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __September 18, 2007__, at __2:00 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action and Complaint

on __Fidelity Investments Institutional Services Company, Inc. sha Fidelity Investments__, the Defendant in this action, by delivering to and leaving with __Amy Lesch__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __23__   Approx. Wt: __160__   Approx. Ht: __5'9"__
Color of skin: __White__   Hair color: __Blonde__   Sex: __F__   Other: ____

Sworn to before me on this

__20th__ day of __September, 2007__

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice·Work Order # SP0707777

State of New York - Department of State
Receipt for Service

Receipt #: 200709190051
Date of Service: 09/18/2007
Service Company: 35 SERVICO - 35

Cash #: 200709190051
Fee Paid: $40 - DRAWDOWN

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served: FIDELITY INVESTMENTS INSTITUTIONAL SERVICES COMPANY, INC.

Plaintiff/Petitioner:
NIMKOFF ROSENFELD & SCHECHTER, LLP

Service of Process Address:
C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

Secretary of State
By AMY LESCH