# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

NIMKOFF ROSENFELD & SCHECHTER, LLP

APPEARANCE

v.

Case Number: 07-7983

RKO PROPERTIES, LTD. and
FIDELITY INVESTMENTS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant: RKO PROPERTIES, LTD.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/8/2007 | [signature] |
| Date | Signature |
| | Ira Daniel Tokayer — 2001162 |
| | Print Name — Bar Number |
| | 42 West 38th Street, Suite 802 |
| | Address |
| | New York — NY — 10018 |
| | City — State — Zip Code |
| | (212) 695-5250 — (212) 695-5450 |
| | Phone Number — Fax Number |