**THELEN REID BROWN RAYSMAN & STEINER LLP**
Michael G. Shannon
Rebecca Brazzano
875 Third Avenue
New York, New York 10022
(212) 895-2000

Attorneys for Defendant Fidelity Brokerage Services LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIMKOFF ROSENFELD & SCHECHTER, LLP,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RKO PROPERTIES, LTD. and<br>FIDELITY INVESTMENTS,<br><br>　　　　　　　Defendants. | Civil Action No.:<br>07 CV 7983 (DAB)<br><br>**7.1 STATEMENT OF<br>FIDELITY INVESTMENT<br>BROKERAGE SERVICES LLC** |

　　Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judge and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Fidelity Brokerage Services LLC, misnamed in the Complaint as Fidelity Investments, hereby certifies that the following is the corporate parent of said party which is privately held:

FMR LLC.

　　　　　　　　　　　　　　　　THELEN REID BROWN
　　　　　　　　　　　　　　　　RAYSMAN & STEINER LLP

　　　　　　　　　　　　　　　　By _/s/ Rebecca Brazzano_
　　　　　　　　　　　　　　　　Michael G. Shannon
　　　　　　　　　　　　　　　　Rebecca Brazzano
　　　　　　　　　　　　　　　　Attorneys for Fidelity Brokerage Services LLC
　　　　　　　　　　　　　　　　875 Third Avenue
　　　　　　　　　　　　　　　　New York, NY 10022-4728
　　　　　　　　　　　　　　　　Tel. 212.603-2000

NY1200426