IRA DANIEL TOKAYER, ESQ. (IT-4734)
Attorney for Defendant
RKO PROPERTIES, LTD.
42 West 38th Street, Suite 802
New York, New York 10018
(212) 695-5250

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x

NIMKOFF ROSENFELD & SCHECHTER, LLP,    :    07 CV 7983

                Plaintiff,    :

       -against-    :    <u>RULE 7.1 STATEMENT</u>

RKO PROPERTIES, LTD. and FIDELITY    :
INVESTMENTS,
                              :

                Defendants.
-----------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record certifies that defendant RKO PROPERTIES, LTD. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  New York, New York
       November 8, 2007

                                          _____/s/_____
                                          IRA DANIEL TOKAYER, ESQ. (IT-4734)
                                          Attorney for Defendant RKO
                                          PROPERTIES, LTD.
                                          42 West 38th Street, Suite 802
                                          New York, New York 10018
                                          (212) 695-5250

Rule 7.1 Statement.wpd