USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: Nov 30, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NIMKOFF ROSENFELD & SCHECHTER, LLP,

          Plaintiff,

   - against -

RKO PROPERTIES, LTD. and FIDELITY
INVESTMENTS,

          Defendants.
------------------------------------------------------------X

Index No. 07 CV 7983 (DAB)

**SO-ORDERED STIPULATION**

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiff on the counterclaims and counsel for defendant RKO Properties, Ltd. ("RKO") that the time for plaintiff on the counterclaims to answer, move or otherwise appear in response to defendant RKO's counterclaims in the above-captioned matter be, and hereby is, extended to **December 26, 2007**.

Dated: Hawthorne, New York
       November 26, 2007

_____
Traub Lieberman Straus & Shrewsberry LLP
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, NY 10532
(914) 347-2600
Fax (914) 347-8898
*Attorneys for Plaintiff on the Counterclaims*
Nimkoff Rosenfeld & Schechter, LLP

_____
Ira Daniel Tokayer, Esq.
42 West 38th Street, Suite 802
New York, NY 10018
(212) 695-5250
Fax (212) 695-5450
*Attorneys for Defendant*
RKO Properties, Ltd.

SO ORDERED

_Deborah A. Batts_ Nov 26, 2007
HON. DEBORAH A. BATTS