UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NIMKOFF ROSENFELD & SCHECHTER, LLP,        ECF CASE

                Plaintiff,

        - against -

                                                              Index No. 07 Civ. 7983 (DAB)
RKO PROPERTIES, LTD. and FIDELITY
INVESTMENTS,        **NOTICE OF MOTION**

                Defendants.
-----------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that upon the memorandum of law of Lisa L. Shrewsberry and Ronald A. Nimkoff, dated December 26, 2007, the exhibits annexed thereto and the prior pleadings and proceedings herein, plaintiff Nimkoff Rosenfeld & Schechter, LLP will move this court on a date to be set by the court, before the Honorable Deborah A. Batts at the Federal Courthouse, 500 Pearl Street, New York, New York, for an order dismissing defendants' counterclaims pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), together with such other relief as this court deems appropriate.

Dated: Hawthorne, New York
       December 26, 2007

                                        TRAUB LIEBERMAN STRAUS
                                        & SHREWSBERRY LLP

                                        By:_____s/_____
                                           Lisa L. Shrewsberry (LS 1597)
                                           Daniel G. Ecker (DE 2017)
                                           Mid-Westchester Executive Park
                                           Seven Skyline Drive
                                           Hawthorne, New York 10532
                                           (914) 347-2600
                                 *Attorneys for Plaintiff on the Counterclaims*

NIMKOFF ROSENFELD & SCHECHTER, LLP

By: _____s/_____
        Ronald A. Nimkoff (RN 4598)
        Steven H. Blatt
        Plaintiff *pro se*
        One Pennsylvania Plaza, Suite 2424
        New York, New York 10022
        (212) 868-8100