## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                              ss.:
COUNTY OF WESTCHESTER )

    CHRISTINA GOLINO, being duly sworn, deposes and says:

    That deponent is not a party to the within action and is over 18 years of age.

    That on the 26th day of December 2007, deponent served the within **NOTICE OF MOTION**, upon the attorney(s) for the respective party(ies) in this action, at the address listed below, such address designated by said attorney for that purpose via **Electronic Case Filing System**.

TO:    Ira Daniel Tokayer, Esq.
        Attorney for Defendant RKO Properties, Ltd.
        42 West 38th Street
        New York, New York 10018
        (212) 695-5250

        Ronald Nimkoff, Esq.
        Nimkoff Rosenfeld & Schecter LLP
        One Pennsylvania Plaza, Suite 2424
        New York, New York 10119
        (212) 868-8100

        Rebecca Anne Brazzano, Esq.
        Thelen Reid Brown Raysman & Steiner, LLP
        875 Third Avenue
        New York, New York 10022
        (212) 603-2578

                                              _____
                                                      CHRISTINA GOLINO

Sworn to before me this
26th day of December 2007.

_____
Notary Public

             CLAUDINE N. BONCI
     Notary Public, State of New York
                No. 01BO5015056
      Qualified In Westchester County
     Commission Expires July 12, 2011