## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ss.:
COUNTY OF WESTCHESTER        )

CHRISTINA GOLINO, being duly sworn, deposes and says:

That deponent is not a party to the within action and is over 18 years of age.

That on the 26th day of December 2007, deponent served the within **THE NIMKOFF FIRM'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS RKO'S COUNTERCLAIMS** upon the attorney(s) for the respective party(ies) in this action, at the address listed below, such address designated by said attorney for that purpose via **Electronic Case Filing System**.

TO:   Ira Daniel Tokayer, Esq.
      Attorney for Defendant RKO Properties, Ltd.
      42 West 38th Street
      New York, New York 10018
      (212) 695-5250

      Ronald Nimkoff, Esq.
      Nimkoff Rosenfeld & Schecter LLP
      One Pennsylvania Plaza, Suite 2424
      New York, New York 10119
      (212) 868-8100

      Rebecca Anne Brazzano, Esq.
      Thelen Reid Brown Raysman & Steiner, LLP
      875 Third Avenue
      New York, New York 10022
      (212) 603-2578

_____
CHRISTINA GOLINO

Sworn to before me this
26th day of December 2007.

_____
Notary Public

CLAUDINE N. BONCI
Notary Public, State of New York
No. 01BO5015056
Qualified in Westchester County
Commission Expires July 12, 2011