# TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

NEW YORK | NEW JERSEY | FLORIDA

Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532

Telephone (914) 347-2600
Facsimile (914) 347-8898
www.traublieberman.com

January 7, 2008

Hon. Deborah A. Batts
United States District Judge
United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007-1312

*RECEIVED JAN 9 2008 CHAMBERS OF DEBORAH A. BATTS U.S.D.J.*

Re: *Nimkoff Rosenfeld & Schechter, LLP v. RKO Properties, Ltd., et al*
Index No.: 07 CV 7983 (DAB)
Our File No.: 515.0377

Hon. Judge Batts:

This firm represents plaintiff Nimkoff Rosenfeld & Schechter, LLP ("the plaintiff law firm") in the captioned matter with respect to defendant RKO Properties, Ltd.'s ("RKO") counterclaims against the plaintiff law firm. We filed a motion to dismiss RKO's counterclaims, via ECF, on December 26, 2007. Pursuant to discussions with counsel for RKO and with counsel for defendant Fidelity Investments, the parties have agreed upon the following proposed briefing schedule:

February 8, 2008     Submission of opposition papers
March 14, 2008       Submission of replies

We respectfully request approval of the proposed schedule, and we thank your Honor for your consideration of this matter.

Respectfully Submitted,

TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

Daniel G. Ecker

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

[Handwritten: DATED Jan 10, 08 GRANTED]

Hon. 
Index No. 07 CV 7983
Page 2

cc: (via email)
Ronald A. Nimkoff, Esq.
Nimkoff Rosenfeld & Schechter, LLP
One Pennsylvania Plaza, Suite 2424
New York, New York 10119
Plaintiff, Pro Se

Ira Daniel Tokayer, Esq.
42 West 38th Street, Suite 802
New York, NY 10018
Counsel for Defendant
RKO Properties, Ltd.

Rebecca Anne Brazzano, Esq.
Thelen Reid Brown Raysman & Steiner, LLP
875 Third Avenue
New York, NY 10022
Counsel for Defendant
Fidelity Investments

**TRAUB LIEBERMAN**
TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP