## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
                                                  ss.:
COUNTY OF WESTCHESTER )

CHRISTINA GOLINO, being duly sworn, deposes and says:

That deponent is not a party to the within action and is over 18 years of age.

That on the 14th day of March, 2008, deponent served the within **THE NIMKOFF FIRM'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION TO DISMISS RKO'S COUNTERCLAIMS** upon the attorney(s) for the respective party(ies) in this action, at the address listed below, such address designated by said attorney for that purpose via **Electronic Case Filing System** and **United States Postal Service** by depositing same in a properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service.

TO:  Ira Daniel Tokayer, Esq.
     Attorney for Defendant RKO
     Properties, Ltd.
     42 West 38th Street
     New York, New York 10018
     (212) 695-5250

     Rebecca Anne Brazzano, Esq.
     Thelen Reid Brown Raysman & Steiner, LLP
     875 Third Avenue
     New York, New York 10022
     (212) 603-2578

     Ronald Nimkoff, Esq.
     Nimkoff Rosenfeld & Schecter LLP
     One Pennsylvania Plaza, Suite 2424
     New York, New York 10119
     (212) 868-8100

_____
CHRISTINA GOLINO

Sworn to before me this
14th day of March, 2008.

_____
Notary Public

CLAUDINE N. BONCI
Notary Public, State of New York
No. 01BO5015056
Qualified in Westchester County
Commission Expires July 12, 2011