

**IRA DANIEL TOKAYER**
ATTORNEY AT LAW
42 WEST 38TH STREET
SUITE 802
NEW YORK, NEW YORK 10018

TEL: (212) 695-5250
FAX: (212) 695-5450

August 18, 2008

BY HAND
Hon. Judge Debra A. Batts
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007

    Re: Nimkoff Rosenfeld & Schechetr, LLP
        v. RKO Properties, Ltd., et al.,
        07 CV 7983 (DAB)

Hon. Judge Batts:

    I am the attorney for defendant RKO Properties Ltd. I write to request a short adjournment of the conference scheduled for August 22, 2008 due the press of other business involving, inter alia, a trial commencing on Monday, August 25, 2008, before United States District Judge Harold Baer, in an action entitled Cerveceria Modelo, S.A. de C.V., et ano. v. USPA Accessories LLC d/b/a Concept One Accessories, bearing index number 07 CV 7998.

    I have conferred with counsel for the parties. Counsel for the co-defendant consents to the adjournment. The attorneys for plaintiff (both pro se and on the counterclaims) consent to adjourn the conference to September 12, 2008, not before 11:30 a.m. No previous request for this relief has been made.

[Handwritten endorsement:] The Conference will be held on Friday August 22, 2008 at 11:30 AM.

[Handwritten:] /DAB/ DENIED August 19, 2008

SO ORDERED
*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

[Stamps: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: Aug 19, 2008; RECEIVED AUG 18 2008 CHAMBERS OF DEBORAH A. BATTS U.S.D.J.; MEMO ENDORSED]

Hon. Judge Debra A. Batts
August 18, 2008
Page 2

      Thank you for your consideration. I am, of course, available to confer with the Court about this request or any other matter at its convenience.

Very truly yours,

Ira Daniel Tokayer

cc: Ronald A. Nimkoff, Esq. - By Fax
    Daniel G. Ecker, Esq. - By Fax
    Rebecca Brazzano, Esq. - By Fax

Court Ltr 07.wpd