UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIMKOFF ROSENFELD & SCHECHTER, LLP,

                Plaintiff,

against

RKO PROPERTIES, LTD. AND FIDELITY INVESTMENTS,

                Defendants.

CIVIL ACTION NO.: 7 Civ. 7983 (DAB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

In light of the parties' joint report that they have a mediation session scheduled for Sunday, November 24, 2019, the parties are **ORDERED** to file a joint status report regarding the outcome of their mediation session by **Wednesday, November 27, 2019**.

Dated:     New York, New York
            November 19, 2019

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**