UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIMKOFF ROSENFELD & SCHECHTER, LLP,

                Plaintiff,

against

RKO PROPERTIES, LTD. and FIDELITY INVESTMENTS,

                Defendants.

CIVIL ACTION NO.: 7 Civ. 7983 (DAB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff is directed to send a copy of the NAM Post-Mediation Agreement to the Court by **close of business today, December 6, 2019**, via email at Cave_NYSDChambers@nysd.uscourts.gov, with a copy to relevant counsel in accordance with the agreement's confidentiality provision.

Dated:    New York, New York
            December 6, 2019

                                    SO ORDERED

                                    */s/ Sarah L. Cave*
                                    SARAH L. CAVE
                                    **United States Magistrate Judge**