UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIMKOFF ROSENFELD & SCHECHTER, LLP,

                Plaintiff,

against

RKO PROPERTIES, LTD. and FIDELITY INVESTMENTS,

                Defendants.

CIVIL ACTION NO.: 7 Civ. 7983 (DAB) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The Court conducted a Telephone Conference today, December 9, 2019, regarding Plaintiff's request for the Court's assistance in resolving outstanding issues relating to the parties' settlement agreement (ECF No. 459). A Settlement Conference is scheduled for **Wednesday, December 18, 2019 at 4:00 pm** in Courtroom 18A, 500 Pearl Street, New York, New York. The parties are directed to submit a confidential joint pre-conference letter to the Court by **close of business on Tuesday, December 17, 2019**, via email at Cave_NYSDChambers@nysd.uscourts.gov.

The parties are expected to engage in good-faith negotiations before the settlement conference and notify the Court in writing if they resolve their settlement disputes before the conference date.

Dated:    New York, New York
           December 9, 2019

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**