**Winget | Spadafora | Schwartzberg | LLP**

NEW YORK:
45 Broadway
32nd Floor
New York, NY 10006

P (212) 221-6900
F (212) 221-6989
Katz.H@wssllp.com

December 27, 2019

**VIA ECF**
Hon. Magistrate Sarah L. Cave
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 18A
New York, New York 10007

| | |
|---|---|
| Matter: | Nimkoff Rosenfeld & Schechter, LLP v. RKO Properties, Ltd., et al. |
| Venue: | United States District Court, Southern District of New York |
| Civil Action No.: | 07-cv-7983 (DAB) (SLC) |
| Our File No.: | 05001.22753 |

Dear Magistrate Judge Cave:

Our office is co-counsel for Nimkoff Rosenfeld & Schechter, LLP ("NRS") and Ronald A. Nimkoff (hereinafter collectively referred to herein as the "Nimkoff Parties") in connection with the counterclaims asserted in the above-referenced action. As Your Honor is aware, a Confidential Stipulation and Order was entered into by the parties and signed by Your Honor in relation to the above-referenced matter on December 18, 2019 (the "Stipulation and Order"), which is to be filed under seal. Accordingly, we make the instant letter motion requesting that Your Honor issue an Order permitting the filing of the Stipulation and Order <u>under seal</u> and further directing that the parties file an unredacted copy of the Stipulation and Order <u>under seal</u> with the Clerk of Court. In accordance with Your Honor's Individual Practice Rules, at or about the same time as the filing of this letter, we are sending an unredacted copy of the Stipulation and Order to the Court via email (Cave_NYSDChambers@nysd.uscourts.gov) and copying counsel for all of the parties to the Stipulation and Order.

Thank you for Your Honor's attention and consideration of this matter.

Respectfully submitted,

*/s/ Harris B. Katz*

Harris B. Katz

Cc: David Walton, Esq. (via ECF and email)
Ronald A. Nimkoff, Esq. (via ECF and email)
Ira Daniel Tokayer, Esq. (via ECF and email)
Shannon Michael, Esq. (via ECF and email)
Adam Smith, Esq. (via email)

---

The parties' Letter-Motion to file the Stipulation and Order under seal (ECF No. 465) is GRANTED. The parties are ordered to file an unredacted copy of the Stipulation and Order under seal with the Clerk of Court. The Clerk of Court is respectfully directed to close ECF No. 465.

SO ORDERED  12/30/19

---

*Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge