UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIMKOFF ROSENFELD & SCHECHTER, LLP,

                Plaintiff,

against

RKO PROPERTIES, LTD. and FIDELITY INVESTMENTS,

                Defendants.

CIVIL ACTION NO.: 7 Civ. 7983 (DAB) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The Court conducted a Telephone Conference today, January 2, 2020, regarding the parties' ongoing settlement negotiations. A Settlement Conference is scheduled for **Friday, January 3, 2020 at 10:00 am** in Courtroom 18A, 500 Pearl Street, New York, New York. Subject to the definitions, obligations, and restrictions imposed pursuant to Standing Order M10-468, as revised, all attorneys attending the conference are authorized to bring their cell phones and laptops into the Courthouse for use during the conference.

The parties are expected to engage in good-faith negotiations before the settlement conference and notify the Court in writing if they resolve their settlement disputes before the conference date.

Dated:    New York, New York
            January 2, 2020

                                      SO ORDERED

                                       _____
                                       SARAH L. CAVE
                                       United States Magistrate Judge