UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIMKOFF ROSENFELD & SCHECHTER, LLP,

               Plaintiff,

against

RKO PROPERTIES, LTD. and FIDELITY INVESTMENTS,

               Defendants.

CIVIL ACTION NO.: 7 Civ. 7983 (DAB) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The Court scheduled a Settlement Conference for Friday, January 3, 2020 at 10:00 am. The conference was not held because the parties were able to resolve their dispute without the need for the Court's intervention.

The Court held a Telephone Conference on Friday, January 3, 2020 at 2:36 pm to resolve remaining issues relating to the settlement.

In accordance with the parties' Confidential Stipulation and Order, the parties are directed to file forthwith a stipulation and order of dismissal with prejudice in the form attached as Exhibit A to the Confidential Stipulation and Order.

The Clerk of Court is respectfully directed to terminate the Settlement Conference that was scheduled for Friday, January 3, 2020 at 10:00 am.

Dated:    New York, New York
            January 6, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**